RECEIVED

DEC - 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| OBAFUNWA | CIVIL ACTION NO. 6:16-cv-1169 |
| VERSUS | JUDGE DOHERTY |
| SCDF LOAN & TECHNICAL ASSISTANCE FUND, INC., ET AL | MAGISTRATE JUDGE WHITEHURST |

## RULING

Pending before the Court is Plaintiff's Motion for Temporary Restraining Order [Rec. Doc. 9], which was filed on December 8, 2016.[3] Plaintiff requests a Temporary Restraining Order ("TRO") to prevent an eviction by the Sheriff scheduled to happen at approximately 9:00 am on December 9, 2016, and injunctive relief and disgorgement of finances from Defendants.[4] Plaintiff requests that the eviction be halted pending review by this Court of an allegedly erroneous Judgment on Rule for Eviction issued by Judge Marilyn C. Castle of the Fifteenth Judicial District Court.[5]

The allegations in the instant motion are substantially similar to those included in Plaintiff's Complaint [Rec. Doc. 1], in which Plaintiff first requested a TRO and preliminary injunction, and his Amended Complaint [Rec. Doc. 6]. As this Court noted in its ruling of September 2, 2016 on Plaintiff's first request for a TRO and preliminary injunction, this Court has no jurisdiction to review a state court decision that is on its face valid. [Rec. Doc. 7] Movant has provided no jurisprudential or statutory basis for this Court's exercise of such jurisdiction. Therefore, this

---

[3] The motion was received in chambers at approximately 4:50 pm on December 8, 2016, and by the time the Court had the opportunity to review the motion and the record in this matter, it was after 5:00 pm.
[4] Rec. Doc. 9, p. 6.
[5] Rec. Doc. 9-2, p. 20.

1

Court is without the authority to grant Plaintiff the relief requested, and denies the request for TRO and injunctive relief.

IT IS HEREBY ORDERED Plaintiff's request for a Temporary Restraining Order and injunctive relief [Doc. 9] is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___8___ day of December, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE