U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 11 2017

TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER KOLE OBAFUNWA, SR. | CIVIL ACTION NO. 6:16-1169 |
| VERSUS | JUDGE DOHERTY |
| SCDF LOAN & TECHNICAL ASSISTANCE FUND, INC., ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 38], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss filed by Pucheu, Pucheu & Robinson, LLP and John H. Pucheu [Doc. 15] and the Motion to Dismiss filed by Southern Development Foundation and John Freeman [Doc. 31] are GRANTED and Plaintiff, Christopher Kole Obafunwa's claims against them are DISMISSED without prejudice for lack of subject matter jurisdiction.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 11th day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE